Matthew Haynie
**FORESTER HAYNIE PLLC**
1701 N. Market St., #210
Dallas, TX 75202
Phone: (214) 210-2100
matthew@foresterhaynie.com
jay@foresterhaynie.com

*Attorney for Plaintiff*

Christopher S. Thrutchley, OBA No. 15859*
Justin A. Lollman, OBA No. 32051*
**GABLEGOTWALS**
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103-4217
Telephone: 918.595.4800
Facsimile: 918.595.4990
*cthrutchley@gablelaw.com*
*jlollman@gablelaw.com*

*\*Admitted Pro Hac Vice*
*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **JEREMY STONE,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**ROUND ROCK RESTAURANT GROUP, LLC and MATTHEW O'DONNELL**<br><br>Defendants. | Case No. 2:18-CV-01319-JJT |

### STIPULATION TO DISMISSAL

Plaintiff Jeremy Stone and Defendants Round Rock Restaurant Group, LLC and Matthew O'Donnell hereby stipulate to dismiss Plaintiff's Complaint without prejudice so Plaintiff can submit the claims set forth in his Complaint to arbitration, unless the parties are able to resolve

1

them, in accordance with the arbitration agreement that governs Plaintiff's claims.

Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew Haynie* | /s/*Christopher S. Thrutchley* |
| Matthew Haynie | Christopher S. Thrutchley, OBA No. 15859* |
| FORESTER HAYNIE PLLC | Justin A. Lollman, OBA No. 32051* |
| 1701 N. Market St. #210 | **GABLEGOTWALS** |
| Dallas, Texas 75202 | 1100 ONEOK Plaza |
| Phone: (214) 210-2100 | 100 West Fifth Street |
| *matthew@foresterhaynie.com* | Tulsa, Oklahoma 74103-4217 |
| *jay@foresterhaynie.com* | Telephone: 918.595.4800 |
| | Facsimile: 918.595.4990 |
| **COUNSEL FOR PLAINTIFF** | *cthrutchley@gablelaw.com* |
| | *jlollman@gablelaw.com* |
| | **Admitted Hac Vice* |
| | **COUNSEL FOR DEFENDANTS** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.

/s/ Matthew Haynie

Matthew Haynie