# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Stone, | No. CV-18-01319-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Round Rock Restaurant Group LLC, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation To Dismiss (Doc. 27), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 27). The above-entitled matter is hereby dismissed without prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 31st day of August, 2018.

Honorable John J. Tuchi
United States District Judge